IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AUGUST C. STANLEY, JR. | * | |
| Appellant, | * | |
| v. | * | Civil No. RDB-17-1973 |
| BRANCH BANK & TRUST COMPANY | * | |
| Appellee | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

On July 14, 2017, the Appellant August C. Stanley, Jr. filed a Notice of Appeal from the Order of the United States Bankruptcy Court Granting the Motion for Relief of the Appellee, Branch Bank & Trust Company (ECF#1). After designation of the Record was docketed on August 16, 2017, the Clerk of this Court advised the parties that Appellant's Brief was due in 30 days, i.e. September 15, 2017 (ECF#5). The Appellant's Motion for Extension of Time to File a Brief was Granted on September 21, 2017 (ECF#8). Accordingly, the time for the Appellant to file a brief was extended to 15 days to on or about October 5, 2017.

Presently pending before this Court is the Motion to Dismiss Appeal filed by the Appellee Branch Bank & Trust Company (**ECF#9**). Despite notice to the appellant by the Clerk of the Court for the need to file a response (ECF#11) the Appellant, August C. Stanley, Jr., has failed to file any opposition. Accordingly, IT IS HEREBY ORDERED this 6th day of November, 2017 by this Court that the Motion to Dismiss Appeal (**ECF#9**) is **GRANTED**;

And it is FURTHER HEREBY ORDERED that is Appeal is **DISMISSED WITH PREJUDICE**.

                                                                                              /s/  
                                                                                           Richard D. Bennett  
                                                                                           U.S. District Judge